# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF MARYLAND    07-M-3622-SKG

08-287-M 01

UNITED STATES OF AMERICA
vs.

ALLEN, RASHAAN T

*Defendant.*

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| 1072131 | 05/22/2007 |
| MD81 | |
| DRIVE W/SUSPENDED LIC | |

**FILED**
APR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FAIL TO APPEAR FOR INITIAL APPEARANCE ON 1/4/08.

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date January 7, 2008

_____
United States Magistrate Judge
SUSAN K GAUVEY

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | 1-8-2008 | U.S. District Court |

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT

| | DATE | LOCATION |
|---|---|---|
| Recording | 4-28-2008 | U.S. District Court |

Name D. L. Tolliver    Title DUSM    District of Columbia
Date 4-28-08    Signature _____

**FILED**

APR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08-287-M 01

# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1072131 | Moore, L | 3480 |

**MD 81**

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC ☒ State Code |
|---|---|
| 05/22/2007 2337 | 18 USC Sect 13 MTA 2-480A TC-303C |

Place of Offense
Reece Rd adj Bldg 1500

Offense Description
Person driving vehicle on highway w/a suspended license and priv.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Allen | Rashaan | T |

Phone (301)322-7062

VEHICLE DESCRIPTION

☐ Juvenile   Sex ☒ Male ☐ Female

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

Forfeiture Amount
+ $25 Processing Fee
Total Collateral Due

PAY THIS AMOUNT → $

YOUR COURT DATE

X _[signature]_ Rasha Cn

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 May 2007 while exercising my duties as a law enforcement officer in the Ft Meade District of Maryland

I observed a black Infinity M35 traveling at a high rate of speed on Reece Rd adj Bldgs 1500. Vehicle was paced using Ill # 1639 at highway speeds of 51 MPH in a 25 MPH zone. Stop was conducted using Ill # 1639. A traffic stop was conducted on vehicle. Allen was identified by MD non driver's ID. Allen was identified as Allen, Rashaan T. Name and date of birth revealed via NCIC that Allen was operating a motor vehicle on a suspended license.

☒ The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on  05/22/2007   _[signature]_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 9/19/2007 11:01:56